**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 18, 2015

Hon. Michael T. Morgan
Freeman Mills, PC
400 W. Illinois, Ste. 120
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Mr. Alan Molnoskey
2011 St. Matthew St.
Gonzales, TX 78629

Re:      Cause No. 13-15-00027-CV
Tr.Ct.No. 25,543
Style:    Alan Molnoskey v. XOG Operating, LLC

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    25th District Court (DELIVERED VIA E-MAIL)
Hon. Sandra Baker, Gonzales County District Clerk (DELIVERED VIA E-MAIL)
Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial Region (DELIVERED VIA E-MAIL)